**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-50396 |
| Plaintiff-Appellee, | D.C. No. 2:99-cr-00886-SVW-1 |
| v. | |
| FRED BLAJOS, AKA Freddie Martinez Blajos, AKA Seal A, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted August 19, 2019**

Before:    SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

Fred Blajos appeals the denial of his motion for return of property under

Federal Rule of Criminal Procedure 41(g).  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

Blajos contends that the district court erroneously denied his claims relating

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to restitution and failed to treat his motion as a civil action.  Reviewing de novo, *see United States v. Ritchie*, 342 F.3d 903, 906 (9th Cir. 2003), we conclude that the district court properly denied relief.  Rule 41(g) pertains solely to motions for return of unlawfully seized property, *see* Fed. R. Crim. P. 41(g), and Blajos does not seek the return of any property or allege that the government has unlawfully seized any property.

**AFFIRMED.**